1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**UNITED STATES DISTRICT COURT**

ORDERED UNSEALED on **06/15/2023**   s/ judepet

**SOUTHERN DISTRICT OF CALIFORNIA**

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    v.<br>Marin MORALES-Espinoza (1)<br>Omar GONZALEZ (2)<br>Francisco ALVARADO-Ramirez (3)<br>                    Defendants. | Case No.:  23-mj-08483-LR<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. § 371 Conspiracy to<br>Traffic in Counterfeit Goods (Felony) |

The undersigned complainant being duly sworn states:

<u>COUNT 1</u>

Beginning on a date unknown but at least as early as April 21, 2021, and continuing up to a date unknown but at least until May 3, 2023, within the Southern District of California and elsewhere, defendants, Marin MORALES-Espinoza, Omar GONZALEZ, and Francisco ALVARADO-Ramirez did knowingly combine, conspire and agree together and with others to commit an offense against the United States, to wit : to intentionally traffic and attempt to traffic in goods and knowingly use counterfeit mark in connection with such goods in violation of Title 18, Unites States Code, Section 2320(a) a felony;

In furtherance of this conspiracy, the following over act was committed within the Southern District of California and elsewhere:

1. On or about February 15, 2023, in Calexico, California, defendant Marin MORALES-Espinoza retrieved a duffel bag used to smuggle counterfeit Levi jeans into the United States from Mexico.

2. On or about April 23, 2023, in Los Angeles, defendant Omar GONZALEZ carried bags of counterfeit Levi jeans into a warehouse.

3. On or about May 3, 2023, in Los Angeles, defendant Francisco ALVARADO Ramirez supervised a room of individuals manufacturing counterfeit Levi jeans.

All in violation of Title 18, United States Code, Section 371.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Kellen Enz
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this __26__ day of June 2023.

HON. LUPE RORIGUEZ JR.
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Marin MORALES-Espinoza (1)
Omar GONZALEZ (2)
Francisco ALVARADO-Ramirez (3)

## STATEMENT OF FACT

I, Special Agent Kellen Enz. declare under penalty of perjury the following is true and correct:

On April 21, 2021, Customs and Border Protection Officers (CBPOs) detained Person #1 at the Calexico California East Port of Entry (POE) as she entered the United States from Mexico, driving a vehicle registered to her at Apartment B in an apartment building with four units in Calexico, California (hereinafter, the Apartment Building). During the search of her vehicle, CBPOs located the following undeclared merchandise concealed within laundry baskets of clothing inside of her vehicle: 2,391 counterfeit Levi® pocket tags, 3,086 counterfeit Levi® labels, 1,961 counterfeit Levi® waist buttons, 9,066 counterfeit Levi® fly buttons, and 5,899 counterfeit Levi® rivets. Person #1 provided agents with consent to search a storage unit that she had used to store smuggled goods. Agents searched Person #1's storage unit and located seventy-three (73) pairs of counterfeit Levi® jeans, inside large black trash bags, that she had previously smuggled into the United States from Mexico. Person #1 provided her home address as Apartment A in the Apartment Building, which is also the address listed on her California driver's license.

On February 10, 2023, CBP Supervisory Import Specialist (SIS) Christina Vidal reviewed photographs of items seized from Person #1. SIS Vidal is a subject matter expert in the field of apparel, footwear and textiles and is considered a specialist in detecting Intellectual Property Rights violations. SIS Vidal works closely with trademark holders, the CBP Office of Chief Council, and the CBP IPR Center, which is located within the Office of Trade. Upon SIS Vidal's review of this seizure, she confirmed that the items seized from Person #1 are counterfeit and violate CBP Registered Trademark TMK 10-

3

01183. SIS Vidal noted inferior and non-standard packaging, poor quality printing, stitching, and hang tag placement. She also noted that Levi Strauss & Co. does not ship bulk tags, labels, and rivets separately. Such items are sewn and placed onto garments before shipping and no other party is authorized to print or manufacture these items.

On October 11, 2022, CBP Officers detained Person #2 at the Calexico California West POE as she entered the United States from Mexico, driving a vehicle registered to another at Apartment D in the Apartment Building in Calexico, California. During the search of Person #2's vehicle, CBPOs located fifty (50) undeclared pairs of counterfeit Levi® jeans and 1,000 undeclared metal jean rivets. Person #2 stated the vehicle she was driving belonged to her aunt, who had asked her to transport the jeans for her as a favor. Person #2 stated she and her aunt live together at Apartment D in the Apartment Building. Person #2 said she believed the jeans belonged to her downstairs neighbor who lived at Apartment B, who was known as "The Jeans Guy." Person #2 stated she knew this neighbor as "Mario," and said he is approximately 60-65 with salt and pepper hair and he drives a white Chevrolet cargo van with no side windows.

On the same date, Homeland Security Investigation agents conducted surveillance at the Apartment Building and observed a white Chevrolet cargo van with no side windows, registered to defendant Marin MORALES Espinoza at Apartment B, parked in front of the apartment building. A check of government databases revealed that the white cargo van made weekly trips north through the United States Border Patrol (USBP), Highway 86 Checkpoint, typically on Thursdays or Fridays of each week. U.S. Highway 86 leads from Imperial County, California toward Riverside and San Bernardino Counties in California. Based on open-source information, last names, and ages, defendant Marin MORALES-Espinoza is believed to be the father of Person #1, previously detained smuggling counterfeit Levi® merchandise.

On February 10, 2023, CBP SIS Vidal reviewed photographs of items seized from Person #2. SIS Vidal confirmed that the items seized are counterfeit and violate CBP

Registered Trademark TMK 10-01183, due to inferior and non-standard packaging, low-quality printing, stitching and hang tag placement.

On December 14, 2022, CBPOs detained Person #3 at the Calexico California East POE as he entered the United States from Mexico. During their search of Person #3's vehicle, CBPO's located the following undeclared merchandise concealed inside the vehicle's spare tire well: 1,051 square counterfeit Levi® tags, 4 counterfeit Levi® red tags, 14 counterfeit Levi® white tags, 97 counterfeit Levi® tan tags, 113 counterfeit Levi® 505 straight leg tags, 1,007 counterfeit Levi® small white t-shirt tags, 1,716 counterfeit Levi® straight leg button fly tags, 1,792 counterfeit Levi® small red jean tags, 3,023 counterfeit Levi® 501 tags, 6,000 counterfeit Levi® rivets, and 2,000 counterfeit Levi® buttons.

Person #3 provided agents with consent to search his cellular phone. In searching the phone, agents discovered historical GPS location data from the metadata attached to a photograph taken inside an apartment located at the Apartment Building. On June 9, 2022, at 12:27 p.m., Person #3's cellular phone captured a photograph of four Hispanic males sitting inside a living room, with brown tile floors and a blue accent wall. One male, who appears to be defendant Marin MORALES-Espinoza, is sitting at a table, facing at an angle away from the camera. Three additional unknown males are sitting on a black leather sofa facing the camera. Several stacks of large cardboard boxes, and plastic storage totes are visible inside the apartment. Border crossing records indicate that Person #3 entered the United States from Mexico at the Calexico, California East POE on June 9, 2022, at approximately five hours before the photograph was taken at the Apartment Building. A review of photographs taken of the items seized from Person #3 revealed that several of the plastic bags containing the counterfeit Levi® merchandise were labeled with "Don Mario," written in black marker.

On February 10, 2023, CBP SIS Vidal reviewed photographs of items seized from Person #3. SIS Vidal confirmed that the items seized are counterfeit and violate CBP Registered Trademark TMK 10-01183, due to inferior and non-standard packaging, poor quality printing and cutting of labels.

On January 26, 2023, HSI agents conducted physical surveillance near the Apartment Building. At approximately 10:00 a.m., the white cargo van registered to defendant Marin MORALES Espinoza was observed parked in front of the Apartment Building. At approximately 12:13 a.m., agents observed a Hispanic male, matching the person depicted in Marin MORALES-Espinoza's driver's license photo, described by Person #2, walk from Apartment B to the van and open the two rear cargo doors. MORALES Espinoza removed a large heavy black trash bag from the van and carried it into the apartment. A few moments later, he carried three large heavy black trash bags from Apartment B and placed them into the back of the van.

On January 27, 2023, HSI agents conducted physical surveillance near the Apartment Building. At approximately 8:15 a.m., the white cargo van registered to defendant MORALES Espinoza was observed parked in front of the Apartment Building. At approximately 8:40 a.m., defendant MORALES Espinoza was observing walking from Apartment B to the white cargo van and placing two large heavy black trash bags into the back of the van. At approximately 10:30 a.m., agents observed MORALES Espinoza exit Apartment B and get into the driver's seat of the white cargo van. Agents initiated mobile surveillance of the van as it travelled from Calexico, California toward the U.S..Border Patrol (USBP) Highway 86 Checkpoint near Westmoreland, California.

When the white cargo van arrived at the USBP Highway 86 Checkpoint, a USBP agent conducted an immigration inspection of the driver, who identified himself as Marin MORALES-Espinoza. The USBP agent asked MORALES what he was hauling inside his cargo van, to which MORALES replied "clothes." The USBP agent asked MORALES if he could look in the back of the van. MORALES agreed and exited the driver's seat and opened the rear cargo doors of the van. The USBP agent observed approximately a dozen large black trash bags inside the cargo area of the van. The USBP agent opened two of the trash bags and observed stacks of denim jeans. MORALES stated that was clothing that he sells at the swap meet in Calexico, California. MORALES and the van were detained for approximately one minute and were released north.

A warrant was obtained which permitted the placement of a tracking device on the white cargo van registered to defendant MORALES Espinoza. On February 14, 2023, agents installed the electronic tracking device on the van.

On February 15, 2023, CBPOs detained Person #4 at the Calexico California West POE as he entered the United States from Mexico. During their search of Person #4's duffel bag, CBPO's located ten (10) pairs of new, suspected counterfeit Levi® jeans, turned inside out, with retail labels attached.  After waiving his Constitutional rights, Person #4 stated he was hired by a man he knows as "Mario" to transport counterfeit jeans across the border for $20 USD per trip. Person #4 said he delivered the jeans to Mario's residence, and he identified the Apartment Building as the drop off location.

Person #4 made a recorded telephone call with Mario, wherein he told Mario that the smuggled merchandise was seized at the POE and asked Mario what he wanted him to do with the duffel bag that CBPO had returned to him. During that call, Mario asked how many pants were confiscated. Person #4 said all of them, then Mario replied "10." Mario then told Person #4 not to worry, CBP won't do anything. Mario asked Person #4 to take the duffel bag to Mario's house.

Person #4 left the POE with an electronic recording device and the duffel bag. HSI agents established surveillance near the Apartment Building and observed as Person #4 walked with the duffel bag to Apartment B. A few minutes later, MORALES was observed leaving Apartment B and retrieving the duffel bag from Person #4, after which the two walked inside the residence. Several minutes later, Person #4 departed the residence.

Thereafter, agents met with Person #4 and retrieved the recording device. On the recording, defendant MORALES can be heard telling Person #4 that he had other people who were caught with jeans, and Person #4 did not need to worry as they were not drugs. MORALES told Person #4 since he was caught, he would not be able to cross jeans for him anymore, but that Person #4 may be able to drive them north for him in the future.

On February 16, 2023, CBP SIS Vidal reviewed photographs of items seized from Person #4. SIS Vidal confirmed that the items seized were counterfeit and violate CBP

Registered Trademark TMK 19-01152, TMK 19-01150, TMK 14-00407, TMK 14-00308, TMK 10-001182, and TMK 10-01183, due o poor quality printing, stitching and label and tag placement. She noted poor quality stamping of logo, punctuations errors, use of improper colors, and the "Care Instructions" tag contained misspellings.

On February 17, 2023, the white cargo van with the tracking device traveled from the Apartment Building to a residence in Pacoima, California (the Pacoima Residence). On February 20, 2023, the Van traveled from the Pacoima Residence to an address in Los Angeles, California (the Los Angeles Address). Between February 17, 2023, and May 8, 2023, the van has traveled from Calexico, California to the Pacoima Address on a weekly basis. The van typically remained parked at the Pacoima Address from Friday through Monday each week before returning to Calexico, California. During the same period the van also made four trips to the Los Angeles Address.

According to government databases, Felipe GONZALEZ and Alfredo ESQUEDA-Duran (hereinafter ESQUEDA) reported the Los Angeles Address as their residence as part of a 2004 HSI investigation of the sale and manufacture of counterfeit goods. Records showed ESQUEDA currently lists the Los Angeles Address as his home on his California driver's license and has several vehicles registered in his name at the address. Records further indicated Felipe GONZALEZ currently an apartment across the street from the Los Angeles Address as his home. Omar GONZALEZ lists the Los Angeles Address as his residence on his California driver's license and has reported it as his residence as recently as May 16, 2023.

Court records revealed following the 2004 HSI investigation, both Felipe GONZALEZ and ESQUEDA were arrested and convicted, in the Southern District of California, for violation of Title 18 U.S.C 2320 and Title 18 U.S.C. 371, Conspiracy to Traffic in Counterfeit Goods in Criminal Case 05cr0422-JM. Investigative reports in that case indicate that Felipe GONZALEZ and ESQUEDA were receiving counterfeit Levi® tags, labels and buttons, that had been smuggled into the United States from Mexico, via the Otay Mesa Port of Entry, and later contracted with a clothing factory located in Los

1   Angeles to manufacture and affix smuggled counterfeit Levi® hardware and labels to

2   unbranded denim jeans.

3        On April 13, 2023, Brand Security Corporation (BSC) investigators retained by Levi

4   Strauss & Co. conducted physical surveillance at the Los Angeles Address. At

5   approximately 7:15 a.m., investigators observed an unidentified Hispanic male (believed

6   to be Felipe GONZALEZ), exit the residence and get into a vehicle registered to

7   ESQUEDA. Investigators followed the vehicle to a business located in Commerce,

8   California, identified in open source queries as a cut and sew apparel manufacturer.

9        On the same date, at approximately 11:15 a.m., BSC Investigators observed a second

10   Hispanic male, matching the photo likeness of Omar GONZALEZ from his 2004

11   California driver's license photo, exit the Los Angeles Address and get into a stake-bed

12   pick-up truck parked in front of the residence. Investigators followed the stake-bed truck

13   to a warehouse located in Los Angeles (the Los Angeles Warehouse). Investigators

14   observed defendant Omar GONZALEZ enter the front entrance to the Los Angeles

15   Warehouse. Approximately 35 minutes later Omar GONZALEZ and another Hispanic

16   male (later identified as Francisco ALVARADO-Ramirez), were observed exiting the Los

17   Angeles Warehouse with two large rolling carts containing approximately 20-25 large

18   heavy black trash bags. The trash bags appeared to be in the shape of large rectangles,

19   consistent with being full of folded denim jeans. The volume of the 20-25 large black trash

20   bags appeared to fill approximately three-quarters of the medium stake-bed truck's bed.

21        BSC Investigators followed Omar GONZALEZ and the stake-bed truck to a large

22   commercial building in Los Angeles, California (the Commercial Building). Investigators

23   observed defendant Omar GONZALEZ meet with two additional unidentified Hispanic

24   males at the Commercial Building loading dock, located at the ground floor of the building.

25   Investigators observed the three men load all the black trash bags onto carts and enter the

26   cargo elevator, located near the loading dock of the Commercial Building. A short time

27   later, Omar GONZALEZ returned to the stake-bed truck and departed the area.

28

On April 8, 2023, BSC Investigators conducted surveillance at the Pacoima Residence. Investigators observed the white cargo van registered to defendant MORALES Espinoza and a second van, also registered to defendant MORALES Espinoza, parked at the residence. Investigators observed MORALES exit the Pacoima Residence and transfer large several large black trash bags from the white cargo van to the other van, then depart the residence driving the other van. Investigators followed MORALES Espinoza to the San Fernando Swap Meet, where they observed MORALES set up a booth in space H-50, selling Levi's® jeans inside the swap meet. Investigators made an undercover purchase of suspected counterfeit Levi® jeans from MORALES. MORALES introduced himself as "Mario," and sold Investigators two pairs of Levi® branded jeans for $25 per pair. The investigator paid MORALES $50 USD for the two pairs of jeans. The investigator asked MORALES if they were genuine Levi's®, to which MORALES replied no, not genuine. The investigator asked MORALES if the jeans did not fit, could he return them, to which MORALES said he could exchange them for a different size, but he could not return them.

Phone records show that between January 02, 2023, and April 17, 2023, a phone number associated with MORALEZ connected with a phone number associated with Omar GONZALEZ number thirty-three (33) times.

On May 3, 2023, a BSC Investigator returned to the Los Angeles Warehouse and walked up the stairs to the second floor of the building, where he encountered a Hispanic male. The Investigator asked about having buttons and rivets installed on denim jeans. The Hispanic male told the Investigator to go to Suite 1A on the first floor. The Investigator returned to the first floor and entered a door labeled "1A." The Investigator observed approximately ten employees manufacturing denim jeans. The Investigator approached a female employee and again inquired about getting buttons and rivets installed on denim jeans. The female employee referred the Investigator to her manager, who introduced himself as "Francisco" (later identified as defendant Francisco ALVARADO-Ramirez). The Investigator recognized Francisco as the same individual who assisted Omar GONZALEZ load the stake-bed truck on April 13, 2023. The Investigator asked Francisco

about installing buttons and rivets on denim jeans. Francisco ALVARADO Ramirez asked if the Investigator already had the jeans, and the buttons and rivets, to which the Investigator replied yes. ALVARADO Ramirez asked how many pairs of jeans were needed. The Investigator said he needed approximately 1,000 pairs. ALVARADO Ramirez replied, "yes, we can do it for $3.00 per pair."

While the Investigator was speaking with defendant ALVARADO Ramirez, the Investigator observed the employees inside the Los Angeles Warehouse, manufacturing denim jeans bearing Levi Strauss & Co. 501 trademarked labels. The Investigator observed sewing machines, presses, irons and what he estimated to be approximately 300 pairs of completed, suspected counterfeit Levi® denim jeans stacked on rolling carts inside the warehouse, and later provided photographs of the same to government agents.

On May 13, 2023, Levi Strauss & Co. provided a signed declaration confirming that the denim jeans photographed inside the Los Angeles Warehouse were confirmed to be counterfeit reproductions of trademark protected Levi® branded goods. Levi Strauss & Co. also confirmed that neither ALVARADO Ramirez's firm nor any other entity located at the Los Angeles Warehouse were authorized to manufacturer or produce any products bearing Levi Strauss & Co. registered trademarks.

The person depicted in the California Department of Motor Vehicle (DMV) records for driver's license belonging to Francisco ALVARADO-Ramirez is the same person that was photographed by BSC Investigators on both the April 13, 2023, and May 3, 2023, surveillance operations conducted at 111 West 17th Street.

Phone records indicate that between January 03, 2023, and May 8, 2023, Omar GONZALEZ' phone number and Francisco ALVARADO-Ramirez's phone number communicated with each other one hundred sixty-seven (167) times.

Representatives of Levi Strauss & Co. estimate the total retail value of the authentic product, if manufactured with the items seized in this case, would be approximately $433,195 United States dollars.